AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bataillon, Joseph F | 2. Court or Organization<br><br>Nebraska | 3. Date of Report<br><br>05/13/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Art. III District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>3259 Roman Hruska Courthouse<br>111 South 18th Plaza<br>Omaha, NE 68102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. House of Delegates Member | Nebraska State Bar Association |
| 2. Advisory Committee | Creighton University School of Law |
| 3. Board of Directors | Federal Judges Association |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 16 A 11: 04 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/13/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Omaha Visiting Nurse Association, salary |
| 2. 2005 | University of Nebraska Medical Center, salary |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judges Association | Travel and lodging expenses for the Board of Directors meeting May 2005 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/13/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nelnet Loan | College Plus Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USBank Accounts | A | Interest | J | T | | | | | |
| 2. Commercial Federal Bank Accounts | A | Interest | J | T | | | | | |
| 3. Security National Bank Accounts | A | Interest | J | T | Opened | | | | |
| 4. Citibank NA | A | Interest | J | T | | | | | |
| 5. Berkshire Hathaway Class B | | None | K | T | | | | | |
| 6. | | | | | buy | 04-08 | K | | |
| 7. Diageo PLC Sponsored ADR New | A | Dividend | J | T | | | | | |
| 8. First Energy Corp. stock | A | Dividend | J | T | | | | | |
| 9. Newmont Mining Corp. stock | A | Dividend | J | T | | | | | |
| 10. Pipar Jaffray Corp | | | | | sold | 05-11 | J | | |
| 11. Merrill Lynch Trust V 7.28 Cum pref stock | A | Interest | J | T | | | | | |
| 12. Smith Barney Appreciation Fund | A | Dividend | J | T | | | | | |
| 13. UTS EFT Blue Chip Stock 03-B | | | | | sold | 08-09 | J | A | |
| 14. USAA Ins. Account | A | Distribution | J | T | | | | | |
| 15. Intel Corp stock | A | Dividend | J | T | | | | | |
| 16. Level 3 Communications Inc. stock | | None | J | T | | | | | |
| 17. Valmont Industries Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Smith Barney Money Fund Government Portfolio Class A | | | | | sold | 04-08 | J | A | |
| 19. Toyota Mortor Corp | A | Dividend | J | T | | | | | |
| 20. Abbott Laboratories stock | A | Dividend | J | T | | | | | |
| 21. Hospira Inc. | | | | | sold | 04-08 | J | | |
| 22. Agilent Technologies Inc. stock | | | | | sold | 04-08 | J | | |
| 23. Walt Disney Co. stock | A | Dividend | J | T | | | | | |
| 24. UTS EFT 2003 - DQ Strategic Ser 10-A Pluss Portfolio | | | | | sold | 11-30 | J | | |
| 25. AIM Value Fund B | | | | | sold | 04-08 | J | A | |
| 26. Smith Barney Growth & Income Fund Class A | A | Dividend | J | T | | | | | |
| 27. Amgen | | None | J | T | | | | | |
| 28. Cisco Systems Inc | | None | J | T | | | | | |
| 29. Bank of America Corp, stock | A | Dividend | J | T | buy | 08-09 | J | | |
| 30. Capital World Growth & Income Fund Class C | A | Dividend | K | T | buy | 04-08 | K | | |
| 31. Delaware Emerging Markets Fund C | A | Dividend | J | T | buy | 04-08 | J | | |
| 32. Fidelity Advisor New Insights Fund CL C | A | Dividend | J | T | buy | 11-30 | J | | |
| 33. Smith Barney MDA3 Managed IRA | A | Dividend | M | T | buy | 04-11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/13/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Items as lines 9, 20, 21, and 23 were sold for no gain.

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/13/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date  5/13/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544